[No. 7497.    Decided November 14, 1908.]

THE STATE OF WASHINGTON et al., Respondents, v. TELLEF A. JENSEN et al., Appellants.[1]

APPEAL—REVIEW—HARMLESS ERROR. Error in rulings relating to the pleadings is not prejudicial where the case was finally submitted on·an agreed statement of facts.

Appeal from a judgment of the superior court for King county, Morris, J., entered May 7, 1908, in favor of the plaintiffs, upon stipulated facts, in an action of ejectment and to quiet title.    Affirmed.

*J. C. Allen,* for appellants.

*Bausman & Kelleher,* for respondents.

PER CURIAM.—The decision of the principal question presented by this appeal is controlled by the decision in *O'Brien v. Wilson, ante* p. 52, 97 Pac. 1115.    In addition to the question there decided, error is here assigned in overruling certain motions and demurrers directed against the complaint.    Inasmuch as the case was finally submitted to the court on an agreed statement of facts, which practically superseded the pleadings, we think the motions and demurrers were waived. In any event the rulings complained of were not prejudicial. The judgment is therefore affirmed.

[1]Reported in 97 Pac. 1117.